Timothy B. Del Castillo (SBN: 277296)
tdc@castleemploymentlaw.com
Kent L. Bradbury (SBN: 279402)
kb@castleemploymentlaw.com
**Castle Law: California Employment Counsel**
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Attorneys for Plaintiff Flavio Alcaraz

TRITIA M. MURATA (CA SBN 234344)
TritiaMurata@dwt.com
DAVID P. ZINS (CA SBN 284919)
DavidZins@dwt.com
MAYA HAREL (CA SBN 291990)
MayaHarel@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO ALCARAZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAPLES CONTRACT & COMMERCIAL LLC, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00565-WBS-JDP<br>(Assigned to the Hon. William B. Shubb)<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: January 16, 2024<br><br>(Removed from Sacramento Superior Court, Case No. 24CV000724) |

STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT

1

1  Plaintiff FLAVIO ALCARAZ ("Plaintiff") and Defendant STAPLES CONTRACT & COMMERCIAL LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

  WHEREAS, Plaintiff filed his Complaint in Sacramento County Superior Court on January 16, 2024;

  WHEREAS, Defendant removed this matter to the United States District Court for the Eastern District of California on February 23, 2024;

  WHEREAS, the Parties have met and conferred and regarding the scope of Plaintiff's claims as alleged in the Complaint;

  WHEREAS, Plaintiff seeks to amend the operative Complaint by filing a First Amended Complaint ("FAC"), a copy of which is attached as **Exhibit 1**, deleting causes of action in the Complaint alleging violation of California's meal and rest period requirements, the federal Fair Credit Reporting Act, California's Investigative Consumer Reporting Agencies Act, and California's Consumer Credit Reporting Agencies Act — in order to address Defendant's concerns as to Plaintiff's originally pled claims — and adding a new cause of action alleging waiting time penalties, and otherwise making no other changes;

  WHEREAS, Plaintiff has asked Defendant to stipulate that he may file the proposed FAC, and Defendant, recognizing the liberal standard afforded to motions for leave to amend, has agreed not to oppose;

  WHEREAS, the Parties seek to avoid litigating a Motion to Dismiss seeking the changes reflected in the FAC that Plaintiff seeks leave to file; and

  WHEREAS, Defendant denies all claims in the Complaint and in the FAC and is not waiving any rights, defenses, or arguments with respect to any of those claims;

  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

  1. Plaintiff may file the FAC attached as Exhibit 1;

  2. Defendant will have 21 days from service of the FAC to respond to it; and

STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT

3. This Stipulation is without prejudice to any of Defendant's rights, defenses, or arguments with respect to any of the claims or other allegations in the Complaint or FAC and expressly preserves all such rights, defenses, and arguments and otherwise preserves Defendant's right to defend against this action to the fullest extent allowed by law and in equity.

IT IS SO STIPULATED.

Dated: May 20, 2024    **CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL**

/s/ Kent L. Bradbury
Kent L. Bradbury
Attorneys for Plaintiff
FLAVIO ALCARAZ

Dated: May 20, 2024    DAVIS WRIGHTTREMAINE LLP

/s/ David P. Zins
David P. Zins
Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL LLC

STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT

**ORDER**

The Court, having fully considered the Parties' Stipulation, good cause appearing, hereby ORDERS as follows:

1. Plaintiff is GRANTED leave to file the First Amended Complaint ("FAC") attached as Exhibit 1 to the Stipulation;

2. Plaintiff is to file the FAC within 3 days of the date this order is signed.

3. Defendant will have 21 days from service of the FAC to respond to it; and

4. The Stipulation is without prejudice to any of Defendant's rights, defenses, or arguments with respect to any of the claims or other allegations in the Complaint or FAC and expressly preserves all such rights, defenses, and arguments and otherwise preserves Defendant's right to defend against this action to the fullest extent allowed by law and in equity.

IT IS SO ORDERED.

Dated:  May 28, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE