Timothy B. Del Castillo (SBN: 277296)
tdc@castleemploymentlaw.com
Kent L. Bradbury (SBN: 279402)
kb@castleemploymentlaw.com
**Castle Law: California Employment Counsel**
2999 Douglas Blvd., Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Attorneys for Plaintiff Flavio Alcaraz

[Additional counsel on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO ALCARAZ, individually and on behalf of all others similar situated, <br><br> Plaintiff, <br><br> vs. <br><br> STAPLES CONTRACT & COMMERCIAL LLC, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:24-cv-00565-WBS-JDP <br> (Assigned to the Hon. William B. Shubb) <br><br> (Removed from Sacramento County, Case No. 24CV000724) <br><br> **JOINT STIPULATION TO REMAND ACTION FOR SETTLEMENT APPROVAL; ORDER** <br><br> Complaint Filed: January 16, 2024 <br> Action Removed: February 23, 2024 |

1
**JOINT STIPULATION TO REMAND ACTION FOR SETTLEMENT APPROVAL; ORDER**

TRITIA M. MURATA (CA SBN 234344)
TritiaMurata@dwt.com
DAVID P. ZINS (CA SBN 284919)
DavidZins@dwt.com
MAYA HAREL (CA SBN 291990)
MayaHarel@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

ALEXA A. GRAUMLICH (CA SBN 318532)
AlexaGraumlich@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL LLC

**JOINT STIPULATION TO REMAND ACTION FOR SETTLEMENT APPROVAL; ORDER**

Plaintiff FLAVIO ALCARAZ ("Plaintiff") and Defendant STAPLES CONTRACT & COMMERCIAL LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 16, 2024, Plaintiff filed this action against Defendant in the Superior Court for the State of California, County of Sacramento, where it was assigned Case No. 24CV000724 (the "Action");

WHEREAS, Defendant removed the Action to the United States District Court for the Eastern District of California on February 23, 2024;

WHEREAS, on December 17, 2024, the Parties mediated the Action and were able to reach a settlement; and

WHEREAS, in order to seek court approval for the settlement of the Action, Plaintiff wishes to remand the Action to the Sacramento County Superior Court, where it was filed, and Defendant does not object;

NOW, THEREFORE, the Parties stipulate and agree that the Court should remand the Action to the Superior Court for the State of California, County of Sacramento, for the purpose of Plaintiff seeking approval of the settlement reached by the Parties in accordance with the terms of the Parties' settlement agreement.

**IT IS SO STIPULATED.**

Dated: March 31, 2025         **Castle Law: California Employment Counsel, PC**

By: /s/ Kent L. Bradbury
Timothy B. Del Castillo
Kent L. Bradbury
Attorneys for Plaintiff FLAVIO ALCARAZ and the Class

Dated: March 31, 2025         DAVIS WRIGHT TREMAINE LLP

By: /s/ Alexa A. Graumlich
David P. Zins
Attorneys for Defendant
STAPLES CONTRACT & COMMERCIAL LLC

ATTESTATION REGARDING E-SIGNATURES

Pursuant to Local Rule 131(e) I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (*/s/*) within this e-filed document.

By: /s/ Kent L. Bradbury
Kent L. Bradbury

**ORDER**

Having considered the Joint Stipulation between the Parties, and good cause appearing therefor, this Action is HEREBY REMANDED from this Court to the Superior Court of the State of California, in and for the County of Sacramento, where it was originally filed and pending as Case No. 24CV000724. All case dates and deadlines in this Court are hereby vacated.

**IT IS SO ORDERED.**

Dated: April 1, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE